IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZUMAR DUBOSE** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 24-CV-0362 |
| | : | |
| **THE UNITED STATES OF AMERICA,** | : | |
| *Defendant* | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| **ZUMAR DUBOSE** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 24-CV-0958 |
| | : | |
| **THE UNITED STATES OF AMERICA,** | : | |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this 22nd day of March, 2024, upon consideration of Plaintiff Zumar DuBose's *pro se* Complaints, (No. 24-0362, ECF No. 1; No. 24-0958, ECF No. 3), and *motions for leave to proceed in forma pauperis,* (No. 24-0362, ECF No. 5; No. 24-0958, ECF No. 1), it is hereby **ORDERED** that:

1. Plaintiff's motions for leave to proceed *in forma pauperis* are **DENIED**, pursuant to 28 U.S.C. § 1915(g), for the reasons set forth in the Court's Memorandum.

2. If DuBose seeks to proceed with these cases, he is **DIRECTED** to **pay** $402 (the $350 filing fee and $52 administrative fee) to the Clerk of Court within thirty (30) days of the date of this Order for *__each__* case. DuBose may elect to proceed with only one of the cases by paying the fees for that case. If he does this, DuBose is advised to write the civil action number on the check or money order for the civil action in which he wishes to proceed.

3.     If DuBose fails to comply with this Order his cases may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*

**NITZA I. QUIÑONES ALEJANDRO**

*Judge, United States District Court*